**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AARON SERRANO SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action. No. 3:26-2176 |
| | ) | Judge Nora Barry Fischer |
| LEONARD ODDO, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER OF COURT**

AND NOW, this 16th day of November, 2026, upon consideration of Petitioner Aaron Serrano Sanchez's § 2241 Petition filed on November 10, 2026, (Docket No. 1), wherein he claims that he unlawfully entered the United States without inspection in 2019, was arrested on October 14, 2026 in the State of New Jersey, has been wrongly subject to mandatory detention under § 1225(b) and is entitled to a bond hearing under § 1226(a) but has not alleged that he exhausted administrative remedies by requesting a bond hearing in immigration court, and further states that Petitioner had an upcoming Master calendar hearing before an immigration judge scheduled for November 12, 2026, (*see* Ex. B, EOIR Automated Case Information printout), and Petitioner's Motion for an Order to Show Cause wherein Petitioner seeks an order enjoining Respondents from transferring him to another detention facility outside of this District or removing him from the United States and for an order directing Respondents to show cause why the writ should not issue within three days, (Docket No. 2), and it appearing to the Court from the EOIR automated case information website that Petitioner had a hearing before an immigration judge on November 12, 2026 and was granted voluntary departure, such that Petitioner's detention may no longer be governed by § 1226(a), *see Flores Alvarado v. Warden, Delaney Hall Detention Facility*, No. CV

26-12544 (BRM), 2026 WL 3217026, at *1 (D.N.J. Oct. 27, 2026) (denying § 2241 habeas petition without prejudice and noting that "following DHS's grant of voluntary departure, Petitioner is detained under 8 U.S.C. § 1229c, and 8 C.F.R. § 240.25(c) allows for his detention pending that departure"),

IT IS HEREBY ORDERED that the Petition filed by Petitioner Aaron Serrano Sanchez [1] is DISMISSED, without prejudice;

IT IS FURTHER ORDERED that the Motion for an Order to Show Cause [2] is DENIED, as moot; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.